▪ PAN AMERICAN TRADE DEVELOPMENT CORPORATION, Appellant, v. BLACK DIAMOND STEAMSHIP CORPORATION, Respondent.

No opinion. Concur — Steuer, J. P., Capozzoli, McNally, McGivern and Witmer, JJ.

▪ BROOKLYN BUREAU OF SOCIAL SERVICE AND CHILDREN'S AID SOCIETY, Respondent, v. TRANSAMERICA INSURANCE COMPANY, Appellant.

Concur — Botein, P. J., Stevens, Steuer, Rabin and Witmer, JJ.